UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN FRANCO,

        Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

        Defendant.

**ORDER**

21 Civ. 5918 (PGG) (JW)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for August 18, 2022, is adjourned sine die.

Dated:  New York, New York
        August 1, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge