UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JUSTIN FRANCO,

                      Plaintiff,                      **ORDER**

       -against-                          **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                      Defendant.

------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The parties' August 4, 2022 discovery conference is adjourned to **August 22, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Discovery is extended to the August 22nd conference. The Court will decide then if another extension is warranted. Plaintiff shall substantively respond to all the issues raised in docket entry 26 by **August 18, 2022**. The Court notes that it did not grant Plaintiff's substitution of counsel by July 25, 2022 because Plaintiff did not file his proposed order for substitution of counsel until August 1, 2022.

      SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge