UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUSTIN FRANCO,

                        Plaintiff,                  **ORDER**

      -against-                       **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                        Defendant.

------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      For the reasons stated on the record during the parties' August 22, 2022 conference, the Court extends discovery to **September 30, 2022** solely to allow Defendants to depose Dr. Haber and Stefan Soogrim, and Plaintiff to depose Michelle Mohr, Martha Thomas, and Marianne Coplin.  The Court finds that Plaintiff has no control over Soogrim and thus the Court will not sanction Plaintiff for Soogrim's failure to appear for a deposition.  Defendants shall take the appropriate next steps to compel Soogrim to appear for their duly-issued subpoena.  If Defendants are unable to depose Dr. Haber and Soogrim by September 30, 2022, Defendants should request another discovery extension.  Parties seeking to making post-discovery dispositive motions should submit a letter to Judge Gardephe in accordance with Rule 4(A) of Judge Gardephe's Individual Practices by **October 7, 2022**.  Opposition letters are due **October 13, 2022**.

      SO ORDERED.

Dated: August 22, 2022
       New York, New York

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge