UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTIN FRANCO,

                         Plaintiff,                **ORDER**

      -against-                       **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                         Defendant.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Defendant shall file proof of personal service on Stefan Soogrim of its motion to compel (Dkt. No. 39) on the docket. Soogrim shall respond to Defendant's motion within 14 days of service of the motion. Defendant's reply shall be due seven days after service of Soogrim's response. If Soogrim fails to respond to Defendant's motion, this Court may issue an order directing the United States Marshal to bring him before the Court and hold him in prison until such time as he purges his civil contempt by complying with the Rule 45 subpoena. Any potential contempt can be avoided by responding to Defendant's subpoena. The Court may also order that Soogrim compensate Defendant for damages resulting from his noncompliance. Defendant shall file proof of personal service on Soogrim of this order on the docket.

      SO ORDERED.

Dated: September 2, 2022
       New York, New York

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge