UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTIN FRANCO,

                Plaintiff,          **ORDER**

    -against-                   21-CV-5918 (PGG) (JW)

AMERICAN AIRLINES, INC.,

                Defendant.

-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Given Stefan Soogrim's letter (Dkt. No. 45), Defendant's motion to compel (Dkt. No. 39) is denied without prejudice.  Defendant shall file a status letter by **September 30, 2022**, the current close of discovery date, regarding Soogrim's compliance with the subpoena and shall state whether court intervention is needed.  Defendant shall file proof of personal service on Soogrim of this order on the docket.

      The Clerk of Court is respectfully directed to close docket number 39.

      SO ORDERED.

Dated: September 19, 2022
       New York, New York

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge