UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN FRANCO,

                      Plaintiff,                **ORDER**

       -against-                        21-CV-5918 (PGG) (JW)

AMERICAN AIRLINES, INC.,

                      Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court respectfully directs the Clerk of Court to ***strike document number 56 from the docket.***

      SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge