UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN FRANCO,

                              Plaintiff,                      **ORDER**

       -against-                          21-CV-5918 (PGG) (JW)

AMERICAN AIRLINES, INC.,

                              Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Given Defendant's response to Plaintiff's counsel's reply in support of their motion to withdraw as counsel of record for Plaintiff (the "Motion"), the Court amends its decision on the Motion. The Motion is granted and discovery is extended until **December 15, 2022** only to allow Defendant to depose Dr. Haber and Mr. Soogrim and to obtain additional discovery arising from the testimony given during those depositions. Defendant's response to Plaintiff's counsel's reply in support of the Motion demonstrates that Plaintiff elected to not depose Ms. Coplin and Ms. Thomas once the Court extended discovery on October 3, 2022 and before Plaintiff's counsel sought to withdraw as counsel of record. Dkt. No. 59, Ex. A. Plaintiff did not indicate any intent to reschedule such depositions or any difficulty scheduling these depositions. Id. ("We have confirmation that plaintiff will not be moving forward with the depositions of Thomas and Coplin.").

      SO ORDERED.

Dated: October 31, 2022
       New York, New York

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge