UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN FRANCO,

                      Plaintiff,                              **ORDER**

        -against-                               **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                      Defendant.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The court resolved telephonically a dispute that arose today, December 8, 2022, at the deposition of Plaintiff's treating physician, Dr. Haber, regarding Plaintiff's objections to certain questions and the validity of the relevant release. The Court clarified that the release was provided by Plaintiff's prior counsel at a time when Plaintiff was represented, and that the release was valid. The Court also established that the line of questioning at-issue was allowed, and that Plaintiff had made his record regarding objections. Finally, the Court held that the time spent resolving this dispute does not count against Defendant's time for examination of Dr. Haber.

      The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter.

      SO ORDERED.

Dated:    December 8, 2022
             New York, New York

                                                          _____
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge