UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUSTIN FRANCO,

                      Plaintiff,             **ORDER**

    -against-                             **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                      Defendant.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court has reviewed Plaintiff's and Defendant's letters. Dkt. Nos. 63, 64. Discovery ends on December 15, 2022 and will not be extended any further given Defendant's completion of the depositions for which discovery was extended in the first place. The deadline to submit pre-dispositive motion letters to Judge Gardephe in accordance with Rule 4(A) of Judge Gardephe's Individual Practices is extended to February 23, 2023. Oppositions letters are due February 27, 2023. Plaintiff shall file a letter by February 9, 2023 to indicate whether he is out of rehab or requires an extension of the February 23, 2023 deadline.

      SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                                    JENNIFER E. WILLIS
                                                   United States Magistrate Judge