UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTIN FRANCO,

                      Plaintiff,                        **ORDER**

        -against-                                21-CV-5918 (PGG) (JW)

AMERICAN AIRLINES, INC.,

                      Defendant.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court has reviewed Plaintiff's letter. Dkt. No. 69. In accordance with the Order of December 15, 2022, the Court reminds the parties that the deadline to submit pre-dispositive motion letters to Judge Gardephe in accordance with Rule 4(A) of Judge Gardephe's Individual Practices is March 6, 2023. Oppositions letters are due March 10, 2023.

      SO ORDERED.

Dated: February 15, 2023
       New York, New York

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge