UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN FRANCO,<br><br>                     Plaintiff,<br><br>        -against-<br><br>AMERICAN AIRLINES, INC.,<br><br>                   Defendant. | 21-CV-5918 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: July 26, 2023
       New York, New York

                                                 SO ORDERED.

                                                 *Jessica Clarke*

                                                 JESSICA G. L. CLARKE
                                                 United States District Judge