UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTIN FRANCO,

                      Plaintiff,

          -against-

AMERICAN AIRLINES, INC.,

                      Defendant.

-----------------------------------------------------------------

**ORDER**

**21-CV-5918 (PGG) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The Court has received Plaintiff's letters filed on August 15th, 22nd, and 25th. Dkt. Nos. 93, 96, and 98. The Court has also received Defendant's letter objecting to Plaintiff's request for an extension. Dkt. No. 94.

The Court is in receipt of Plaintiff's Opposition to the Motion for Summary Judgment. The Court acknowledges the difficulties pro se litigants face and accepts at face value Plaintiff's claim that the pro se clinic is facing backlogs. For this reason, the Court will hear oral argument on the Motion and will provide the Plaintiff an opportunity to more fully argue his case in person. Oral argument will take place at **1:30 pm on October 4, 2023, in Courtroom 228, 40 Foley Square**, New York, New York. If the Parties are unable to attend on that date, the Parties are reminded that any adjournment requests should be made well in advance of the conference.

Defendant's Reply remains due on September 8th.

SO ORDERED.

Dated:      August 31, 2023
             New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge