UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUSTIN FRANCO,

                Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

                Defendant.
---------------------------------------------------------------

**ORDER**

**21-CV-5918 (PGG) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court has received a letter from the Defendant objecting to documents identified as exhibits to Dkt. No. 109, the "Declaration of Justin F. Franco in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment." Dkt. No. 110. Plaintiff also submitted a letter stating, "the confidentiality of Exhibits A and E are misinformed and unfounded…I acknowledge the defendant's request to continue proceedings under seal. I acquiesce to this method–not necessarily in agreement with the merit of the request, but in a bid to conserve judicial resources." Dkt. No. 111.

As of the time of this Order, the documents identified as exhibits have not been filed on the docket. The Court will review the documents *in camera* (confidentially, and not on the public docket). **The Parties are directed to email Exhibits A-E to WillisNYSDChambers@nysd.uscourts.gov by 12 pm on November 3rd**. Until the Court rules on Defendant's request to strike the documents, the exhibits in dispute should not be filed on the docket.

      SO ORDERED.

Dated:    November 2, 2023
              New York, New York

                                                                                */s/ Jennifer E. Willis*
                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge