UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUSTIN FRANCO,

                               Plaintiff,                       **ORDER**

        -against-

                                                                   **21-CV-5918 (PGG) (JW)**

AMERICAN AIRLINES, INC.,

                               Defendant.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      Yesterday, the Court directed the Parties to email the exhibits in dispute to the Court. Dkt. No. 112. Those exhibits were sent by the Defendants this morning. After those emails were sent, the Plaintiff sent several emails to the Court. The Court will forward the emails received to the Defendant. Until the Court issues a decision on the disputed exhibits, neither Party should file any document.

      The Plaintiff is reminded that all communication with the Court should be made via motion or letter and must be publicly filed on the docket. The Court and its staff are not permitted to have *ex-parte* conversations (conversations with only one side where the other side is not present).

      As Plaintiff has elected to not register for ECF access, the Plaintiff must submit all letters and motions to the pro se intake office via email at pro_se_filing@nysd.uscourts.gov or in person at 40 Foley Square, New York, New York. No further emails should be sent to the Court unless they relate to a time-sensitive scheduling matter. Even in the unusual circumstances where an email is appropriate, all Parties should be CCd on that email.

SO ORDERED.

Dated:   November 3, 2023
         New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge