**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JUSTIN FRANCO,

                              Plaintiff,

        -against-                                       21 **CIVIL** 5918 (JGLC)

                                                                **<u>JUDGMENT</u>**

AMERICAN AIRLINES, INC.,

                              Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2024, the Report and Recommendation is ADOPTED in its entirety. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 11, 2024

                                                               **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                  **BY:** _____
                                                             **Deputy Clerk**