**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTIN FRANCO,

                Plaintiff,                21 **CIVIL** 5918 (JGLC)

    -against-                  **JUDGMENT**

AMERICAN AIRLINES, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2024, to the extent that the Court has not specifically addressed any of Plaintiff's objections herein, the Court has considered them and finds them without merit. The R&R is ADOPTED in its entirety and Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          October 18, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                    **BY:**          *K. Mango*

                                            **Deputy Clerk**